STATE OF CONNECTICUT *v.* STEPHEN DASKAM

The state's petition for certification for appeal from the Appellate Court, 10 Conn. App. 50, is denied.

*C. Robert Satti, Jr.,* assistant state's attorney, in support of the petition.

*Jon C. Blue,* assistant public defender, in opposition.

Decided April 9, 1987

STATE OF CONNECTICUT *v.* JOSE VILALASTRA

The state's petition for certification for appeal from the Appellate Court, 9 Conn. App. 667, is granted, with limitation.

*Richard F. Jacobson,* assistant state's attorney, in support of the petition.

*Judy Ann Stevens,* special public defender, in opposition.

Decided April 9, 1987

UNITED STATES FIDELITY AND GUARANTY COMPANY *v.* METROPOLITAN PROPERTY AND LIABILITY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 125, is denied.

*Bruce L. Levin,* in support of the petition.

*Veronica E. Reich,* in opposition.

Decided April 9, 1987